IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER TAKHVAR,

      Appellant,

v.

      Case No. 5D22-923
LT Case No. 2018-CF-3532

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 16, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Christopher Takhvar, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EISNAUGLE, HARRIS and TRAVER, JJ., concur.